ORIGINAL

**FILED**

12/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0519

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## No. DA 20-0519

| | |
|---|---|
| NENA S. KRUGER,<br><br>    Appellant,<br><br>  v.<br><br>DALE R. KRUGER,<br><br>    Appellee. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

Motion having been made by Appellant's attorney, Tara A. Harris, no objection from opposing counsel, and good cause appearing,

IT IS HEREBY ORDERED: The filing of Appellant's opening brief is continued for an additional 30 days from January 4, 2021 until February 3, 2021.

DATED this 23rd day of December, 2020.

c:  Tara A. Harris, Harris Law Office PLLC, 825 Great Northern Blvd., Ste. 318, Helena, MT 59601
   Brent Flowers, BEEBE LAW FIRM, 110 N. Warren St., P.O. Box 200, Helena, MT 59601

ORDER GRANTING MOTION FOR EXTENSION OF TIME – PAGE 1